UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**OTELIA MORALES-BUELVAS,**

      Petitioner

V.                                          Case No.  3:26-cv-572

                                          Agency File 240-353-933

**WARDEN, RICHWOOD CORRECTIONAL CENTER et. al;**

      Respondents

---

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter is before the Court on the motion of Emily Trostle, a member of the Bar of this Court, for the admission pro hac vice of Bonnie Smerdon, Esq., of the law firm Luce Law PLLC, to represent Otelia Morales-Buelvas in the above-captioned case.

The Court, having considered the motion and supporting documents, finds that good cause exists to grant the motion.

The motion for admission pro hac vice of Bonnie Smerdon is GRANTED.

2. Bonnie Smerdon shall be permitted to appear and participate in this matter on behalf of Otelia Morales-Buelvas.

3. Bonnie Smerdon shall abide by all rules of this Court, including the Rules of Professional Conduct and the Local Rules.

4. Emily Trostle, as sponsoring attorney, shall remain responsible for the conduct of the litigation and shall sign all pleadings, motions, and other papers filed with the Court.

1

SO ORDERED this  25th day of   February , 2026

_____

 JOSEPH H.L. PEREZ-MONTES

[Judge's Name]

~~United States District Judge~~

 UNITED STATES MAGISTRATE JUDGE