**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**OTELIA MORALES-BUELVAS**                    **CASE NO.  6:26-CV-00572**

**VERSUS**                                                      **JUDGE ROBERT R. SUMMERHAYS**

**NEW ORLEANS FIELD OFFICE**              **MAGISTRATE JUDGE PEREZ-MONTES**
**DIRECTOR ET AL**

**ORDER**

The Government is ORDERED to respond to Petitioner's Emergency Motion for

Immediate Relief [ECF No. 8] on or before Wednesday, April 29, 2026.

THUS DONE in Chambers on this 15th day of April, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE