**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **OTELLA MORALES-BUELVAS** | **CASE NO.  3:26-CV-00572** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN, RICHWOOD CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Presently before the Court is Petitioner's Emergency Motion for Immediate Relief [ECF No. 8]. For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that Petitioner's Motion [ECF No. 8] is DENIED.

THUS DONE in Chambers on this 8th day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE